IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOIS LLOYD, | **Case No. 00-1533 BZ** |
| Plaintiff, | **ORDER DENYING REQUEST TO SUBMIT DOCUMENTS** |
| v. | |
| STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES OFFICE OF THE STATE ARCHITECT, | |
| Defendant. | |

Lois Lloyd has requested the submission of various documents in Case No. 00-1533-BZ, which was closed in 2000. As there is no mechanism for filing new materials in a long-closed case such as this, Lloyd's request is denied and the clerk is directed to return these materials to her.

IT IS SO ORDERED.

Dated: August 1, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

C<small>IV</small>. 00-1533 BZ
O<small>RDER</small>